UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:                                                            CHAPTER 13 PROCEEDING:
MARIA OCHOA                                       04-70858-M-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Monday, Sep 13, 2004.

    2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4. Checks to the party below have not cleared within 90 days.

    MARIA OCHOA
    2804 ROQUE SALINAS RD
    MISSION, TX  78572

    5. As a result, funds owed to the Debtor in the amount of $18.73 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Thu, May 13, 2010

                                                             Cindy Boudloche
                                                             Chapter 13 Trustee
                                                             555 N. Carancahua  Ste 600
                                                             Corpus Christi, TX  78401-0823
                                                             (361) 883-5786

#298

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING: |
| MARIA OCHOA | 04-70858-M-13 |
| DEBTOR | |

## CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on May 13, 2010, a copy of the foregoing Motion to Pay Funds into Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee

| | |
|---|---|
| MARIA OCHOA | THE STONE LAW FIRM PC (M) |
| 2804 ROQUE SALINAS RD | 4900 N 10TH ST  STE A-2 |
| MISSION, TX  78572 | NORTHTOWNE CENTRE |
| | MCALLEN, TX  78504 |